# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1867
Lower Tribunal No. 14-429
_____


**K.E., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Carlos J. Martinez, Public Defender, and Brian L. Ellison, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Jacob Addicott, Assistant Attorney General, for appellee.


Before SHEPHERD, C.J., and SUAREZ and ROTHENBERG, JJ.

PER CURIAM.

Defendant K.E. seeks reversal of her conviction based on a claim that the

trial court failed to conduct an adequate <u>Richardson</u>[1] hearing regarding the State's failure to timely provide certain discovery materials to K.E. The discovery materials in question were photographs of the injuries suffered by the victim during the altercation at issue in the proceedings below.

Under the circumstances here, we conclude that K.E. was not procedurally prejudiced by the discovery violation. Even if the trial court's <u>Richardson</u> inquiry was inadequate, any error was harmless beyond a reasonable doubt. <u>State v. Schopp</u>, 653 So. 2d 1016, 1021 (Fla. 1995).

Affirmed.

---

[1]<u>Richardson v. State</u>, 246 So. 2d 771 (Fla. 1971).